

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

TFHSP Series L.L.C., Series N 6 and The Stirrup Iron 6048 Land Trust, Appellants

No. 06-14-00008-CV      v.

Bank of America, N.A., et al., Appellees

Appeal from the 342nd District Court of Tarrant County, Texas (Tr. Ct. No. 342-0265740-13). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that costs of appeal be taxed against the party incurring the same in accordance with the parties' agreement.

RENDERED JUNE 5, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk